UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) CASE NO. MJ 09-113
)
    Plaintiff, )
)
    v. )
) DETENTION ORDER
KERRY JOHN ALLEN, )
)
    Defendant. )
_____ )

<u>Offense charged</u>:     Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    April 13, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)     Defendant is charged by Complaint with possessing a semiautomatic pistol, after having been convicted of Conspiracy to Commit an Assault with a Deadly Weapon and Selling

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                      Rev. 1/91
PAGE 1

01 and Transporting a Controlled Substance.

02     (2) Defendant was not interviewed by Pretrial Services. There is no available
03 background or personal information. He comes to the Court from the custody of the King County
04 Jail.

05     (3) Defendant does not contest detention.

06     (4) There does not appear to be any condition or combination of conditions that will
07 reasonably assure the defendant's appearance at future Court hearings while addressing the
08 danger to other persons or the community.

09 It is therefore ORDERED:

10     (1) Defendant shall be detained pending trial and committed to the custody of the
11 Attorney General for confinement in a correction facility separate, to the extent
12 practicable, from persons awaiting or serving sentences or being held in custody
13 pending appeal;

14     (2) Defendant shall be afforded reasonable opportunity for private consultation with
15 counsel;

16     (3) On order of a court of the United States or on request of an attorney for the
17 Government, the person in charge of the corrections facility in which defendant
18 is confined shall deliver the defendant to a United States Marshal for the purpose
19 of an appearance in connection with a court proceeding; and

20 / / /

21 / / /

22 / / /

01   (4)   The clerk shall direct copies of this Order to counsel for the United States, to

02         counsel for the defendant, to the United States Marshal, and to the United States

03         Pretrial Services Officer.

04   DATED this 14th day of April, 2009.

                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 3